RHONDA PRYOR,       )
         )
   Plaintiff,    )
         )    NO. 3:23-cv-00532
v.        )
         )    JUDGE RICHARDSON
JASON GOLDEN, et al.,    )
         )
   Defendants.    )
         )

## **ORDER**

Pending before the Court is a Report and Recommendation ("R&R") of the Magistrate Judge (Doc. No. 21), recommending that the Court grant Defendant Jason Golden's Motion to Dismiss (Doc. No. 9) and dismiss Defendant Golden from the suit pursuant to Fed. R. Civ. P. 21. This recommendation is based both on Plaintiff's failure to timely oppose and adequately respond to the Motion to Dismiss and on the merits. No objections to the R&R have been filed, and the time for filing objections has now expired.[1]

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and

---

[1] Under Fed. R. Civ. P. 72(b), any party has fourteen (14) days from receipt of the R&R in which to file any written objections to the Recommendation with the District Court. For pro-se plaintiffs, like Plaintiffs, the Court is willing to extend this 14-day deadline by three days to allow time for filings to be transported by mail.

recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Therefore, the R&R is adopted and approved. In accordance with the R&R's specific recommendations, Defendant Golden's Motion to Dismiss (Doc. No. 9) is GRANTED, the claims against Defendant Golden are hereby DISMISSED pursuant to Rule 12, and he is DISMISSED from the case pursuant to Rule 21 with prejudice.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE